

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Westborough SPE LLC<br>    Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| Jonathan R. Goldsmith, Chapter 7 Trustee<br>    Plaintiff(s),<br><br>v.<br><br>Town of Westborough<br>    Defendant(s). | Adversary Proceeding<br>No. 25-04003-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Hybrid Hearing on #5 Joint Motion filed by Plaintiff Jonathan R. Goldsmith, Chapter 7 Trustee, Defendant Town of Westborough to Enlarge Defendant's Deadline to Respond to Complaint.

Decision set forth more fully as follows:

FOR THE REASONS STATED ON THE RECORD, THE RESPONSE DEADLINE IS EXTENDED TO JULY 15, 2025.

Dated: 04/16/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge