

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**Westborough SPE LLC**<br>    Debtor(s) | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Jonathan R. Goldsmith, Chapter 7 Trustee**<br>    Plaintiff(s),<br><br>v.<br><br>**Town of Westborough**<br>    Defendant(s). | **Adversary Proceeding**<br>**No. 25-04003-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Status Conference on # 1 Complaint. (Christine Devine)

**Decision set forth more fully as follows:**

STATUS CONFERENCE HELD.

Dated: 04/22/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge