

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Westborough SPE LLC<br>    Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| Jonathan R. Goldsmith, Chapter 7 Trustee<br>    Plaintiff(s),<br><br>v.<br><br>Town of Westborough<br>    Defendant(s). | Adversary Proceeding<br>No. 25-04003-CJP |

## ORDER

**MATTER:**

#12 Joint Motion filed by Plaintiff Jonathan R. Goldsmith, Chapter 7 Trustee, Defendant Town of Westborough to Extend Time to Answer [Re: 1 Complaint].

UPON CONSIDERATION OF THE MOTION AND RECORD, THE MOTION IS GRANTED IN PART AND DENIED IN PART AS FOLLOWS.

IF THE PARTIES FILE THE SETTLEMENT APPROVAL MOTION BY AUGUST 8, 2025, THE RESPONSE DEADLINE WILL BE SUSPENDED PENDING FURTHER ORDER OF THE COURT. IF NO SETTLEMENT MOTION IS FILED, THE DEFENDANT SHALL RESPOND TO THE COMPLAINT BY AUGUST 15, 2025.

Dated: 07/21/2025

By the Court,

_(signature)_

Christopher J. Panos
United States Bankruptcy Judge