UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

Adversary Proceeding 25-04003
Case No. 23-40709-CJP (Chapter 7)

| | |
|---|---|
| In re:<br><br>WESTBOROUGH SPE LLC | |
| JONATHAN R. GOLDSMITH, CHAPTER 7 TRUSTEE OF WESTBOROUGH SPE LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF WESTBOROUGH,<br><br>Defendant. | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

NOW COME Plaintiff Jonathan R. Goldsmith, Chapter 7 Trustee (the "Trustee") of Debtor Westborough SPE LLC ("Debtor"), and Defendant Town of Westborough (the "Town," and together with the Trustee, the "Parties"), and pursuant to Mass. R. Civ. P. 41(a)(1), hereby STIPULATE that this action and all claims asserted therein are VOLUNTARILY DISMISSED with prejudice. All parties are to bear their own costs and waive any rights of appeal.

Respectfully submitted,

PLAINTIFF

JONATHAN R. GOLDSMITH,
CHAPTER 7 TRUSTEE OF
WESTBOROUGH SPE LLC

By his attorneys,

/s/ Angelina M. Savoia
Christine E. Devine, BBO# 566990
Angelina M. Savoia, BBO# 715690
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
Phone: 508-533-7240
Email: christine@nicholsondevine.com
angelina@nicholsondevine.com

DEFENDANT

TOWN OF WESTBOROUGH

By its attorneys,

/s/ Roger L. Smerage
Brian W. Riley (BBO# 555385)
Jeffrey T. Blake (BBO# 655773)
Roger L. Smerage (BBO# 675388)
KP Law, P.C.
Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
briley@k-plaw.com
jblake@k-plaw.com
rsmerage@k-plaw.com

Dated: _____________, 202__

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

Adversary Proceeding 25-04003
Case No. 23-40709-CJP (Chapter 7)

| | |
|---|---|
| In re:<br><br>WESTBOROUGH SPE LLC | |
| JONATHAN R. GOLDSMITH, CHAPTER 7 TRUSTEE OF WESTBOROUGH SPE LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF WESTBOROUGH,<br><br>Defendant. | CERTIFICATE OF SERVICE |

The undersigned, Angelina M. Savoia, hereby certifies that on this day I caused a copy of the following document to be served on all parties listed on the attached Service List in the manner noted thereon:

- **Stipulation of Voluntary Dismissal with Prejudice**

Dated: February 12, 2026

/s/ Angelina M. Savoia

Angelina M. Savoia, BBO #715690
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
Phone: 508-533-7240
Email: angelina@nicholsondevine.com

<u>Electronic Mail Notice List</u>

The following list of parties and attorneys receive electronic notice via the Court's CM/ECF noticing process:

- **Christine E. Devine** christine@nicholsondevine.com, devine.christiner109603@notify.bestcase.com;angelina@nicholsondevine.com;christine_492@ecf.courtdrive.com
- **Angelina M. Savoia** angelina@nicholsondevine.com, angelina@ecf.courtdrive.com
- **Roger L. Smerage** rsmerage@k-plaw.com

<u>Additional Email Service List (Courtesy Copies)</u>
The Trustee has provided a courtesy copies via email to the following parties:

Lolonyon Akouete — Via Email
800 Red Mills Rd.
Wallkill, NY 12589
info@smartinvestorsllc.com

Stephen F. Gordon — Via Email
The Gordon Law Firm LLP
River Place
57 River Street
Wellesley, MA 02481
sgordon@gordonfirm.com

Denise Edwards — Via Email
137 North 25th Street
Wyandanch, NY 11798
deniseedwards818@yahoo.com

Lenard Benson Zide — Via Email
Butters Brazilian LLP
420 Boylston Street, 4th Floor
Boston, MA 02116
zide@buttersbrazilian.com

Paul W. Carey — Via Email
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
pcarey@mirickoconnell.com

Darin Clagg — Via Email
24 Kobbs Korner Rd.
Pine Bush, NY 12566
dclagg@gmail.com